BRYAN SCHRODER
United States Attorney

WILLIAM A. TAYLOR
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: William.taylor@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>SHAWN GENE SCHMIDT,<br><br>                  Defendant. | No.<br><br>COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1), 924(a)(2) |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

On or about October 18, 2017, in the District of Alaska, the defendant, SHAWN GENE SCHMIDT, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, to wit: KAHR Model: K40 .40 Caliber semi-automatic handgun.

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

Conviction:

| Date | Offense | Court | Case No. |
|---|---|---|---|
| 3/26/2013 | Misconduct Involving Controlled Substances in the Fourth Degree | State of Alaska | 3PA-12-1685cr |
| 4/19/2012 | Burglary in the First Degree | State of Alaska | 3PA-11-2392CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

A TRUE BILL.

                                        s/ Grand Jury Foreperson
                                        GRAND JURY FOREPERSON

s/ William A. Taylor
WILLIAM A. TAYLOR
United States of America
Assistant U.S. Attorney


s/ Bryan Wilson for
BRYAN SCHRODER
United States of America
United States Attorney



DATE:       12/12/17